**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| DARREN RODERICK GURDON, | : | |
| | : | |
| Petitioner, | : | Case No.: 1:12-CV-170 (WLS) |
| | : | |
| v. | : | |
| | : | |
| ERIC HOLDER, DANIEL A. BIBLE, | : | |
| and DEPARTMENT OF HOMELAND | : | |
| SECURITY, | : | |
| | : | |
| Respondents. | : | |
| | : | |

## ORDER

Before the Court is a Recommendation of Dismissal from United States Magistrate Judge Stephen Hyles, filed February 11, 2013. (Doc. 16.) It is recommended that Respondents' Motion to Dismiss Petitioner's 28 U.S.C. 2241 application for habeas relief on mootness grounds be granted. No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on February 25, 2013. (*See* Doc. 16 at 2; Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation of Dismissal (Doc. 16) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Therefore, Respondents' Motion to Dismiss (Doc. 15) is **GRANTED**. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Petitioner's Application for Writ of Habeas Corpus (Doc. 1) is **DISMISSED without**

prejudice.

  **SO ORDERED**, this  22nd  day of April, 2013.

        /s/ W. Louis Sands_____
        **THE HONORABLE W. LOUIS SANDS,**
        **UNITED STATES DISTRICT COURT**